PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SUCELI GRAMAJO, | CASE NO.  2:24-CV-01724-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY STAY |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The Defendants respectfully request to stay this case through February 24, 2025, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudicating her pending asylum application, which she filed in November 2017.  USCIS has scheduled Plaintiff's asylum interview for October 28, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.  In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

/ / /

/ / /

1

1    The parties therefore stipulate that this matter be stayed through February 24, 2025.  The parties

2    further request that all other filing and case management deadlines be similarly vacated.

3

4    Respectfully submitted,

5

6    Dated:  August 21, 2024                    PHILLIP A. TALBERT
                                                United States Attorney
7

8                                         By:   /s/ ELLIOT C. WONG
                                                ELLIOT C. WONG
9                                               Assistant United States Attorney

10

11                                              /s/ JESSICA T. ARENA
                                                JESSICA T. ARENA
12                                              Counsel for Plaintiff

13

14

15                          [PROPOSED] ORDER

16       It is so ordered.

17
     Date: August 22, 2024
18

19                                              _____

20                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28
                                      2