MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SUCELI GRAMAJO,<br><br>                    Plaintiff,<br><br>         v.<br><br>UR JADDOU, ET AL.,<br><br>                    Defendants. | CASE NO.  2:24-CV-01724-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TEMPORARY STAY |

    The Defendants respectfully request to extend the temporary stay in place, and counsel for Plaintiffs does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed on November 21, 2017.  USCIS recently scheduled and successfully completed Plaintiff's asylum interview on October 28, 2024.  USCIS has not yet completed the adjudication but estimates it will be able to do so within a 30-day extension of the temporary stay.

///

///

///

///

1

1  The parties therefore stipulate that the new date for Defendants to file an answer or other
2  dispositive pleading is March 24, 2025.  The parties further request that all other filing deadlines be
3  similarly extended.

4

5  Respectfully submitted,

6

7  Dated:  February 24, 2025                MICHELE BECKWITH
                                            United States Attorney
8

9                                      By:  /s/ ELLIOT C. WONG
                                            ELLIOT C. WONG
10                                          Assistant United States Attorney

11

12                                          /s/ JESSICA ARENA
                                            JESSICA ARENA
13                                          Counsel for Plaintiff

14

15                        [PROPOSED] ORDER

16          It is so ordered.

17

18  DATED: February 25, 2025                _____
                                            ALLISON CLAIRE
19                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28
                                    2